CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Dillyn Anthony DUST | DOCKET NO. |
| DOB: xx-xx-2003<br>United States Citizen | MAGISTRATE'S CASE NO.<br>23-02948MJ |

Complaint for violation of Title 26 United States Code §§ 5841, 5861(d), and 5871

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 15, 2023, at or near Tucson, in the District of Arizona, **Dillyn Anthony DUST**, did knowingly possess a firearm, a Glock machinegun switch, not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

In January 2023, Special Agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), were alerted about an individual named Dillyn Anthony DUST possessing two Glock machine gun switches.

On February 15, 2023, an Undercover Special Agent (UC) arranged the purchase of two firearms from DUST. DUST sent a video of himself with numerous weapons including two Glock type firearms with machinegun conversion devices attached. DUST refused to sell the machineguns to the UC. ATF obtained a Federal search warrant, number 23-02873MB, for DUST's residence. On March 15, 2023, the search warrant was executed at his home. DUST was detained inside the residence. Two Glock machine gun conversion devices were located during the search.

The Glock machine conversion devices were examined by Special Agents on scene. Those Special Agents determined they met the definition of a machine gun, as defined in Title 26, United States Code, Sections 5841, 5861(d), and 5871. Specifically, that they are firearms designed to expel more than one projectile with the single press of the trigger.

ATF Special Agents queried the National Firearms Registration and Transfer Record and learned the machine gun conversion devices were not registered to anyone and DUST had no firearms registered to him.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

N/A

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | Digitally signed by ADAM ROSSI<br>Date: 2023.03.15 13:01:51 -07'00' | SIGNATURE OF COMPLAINANT<br>5572 |
|---|---|---|
| AUTHORIZED BY: AUSA Adam D. Rossi | | OFFICIAL TITLE<br>Alexander Tisch, ATF Special Agent |

Sworn to before me and subscribed telephonically.

| SIGNATURE OF MAGISTRATE JUDGE<br>*Leslie A. Bowman* | DATE<br>March 15, 2023 |
|---|---|

See F