GARY M. RESTAINO
United States Attorney
District of Arizona
ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2023 MAR 22 PM 1:41

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR23-00398 TUC-JAS(MSA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Dillyn Anthony Dust,<br><br>Defendant. | No.<br><br>**I N D I C T M E N T**<br><br>VIO: 18 U.S.C. §§ 922(o)(1) and 924(a)(2)<br>(Possession of Machineguns)<br>Count 1<br><br>26 U.S.C. §§ 5841, 5845(a)(6), & (b),<br>5861(d), and 5871<br>(Possession of Unregistered Firearms)<br>Count 2<br><br>18 U.S.C. § 924(d); 26 U.S.C. § 5872<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On about March 15, 2023, in the District of Arizona, Defendant DILLYN ANTHONY DUST did knowingly possess machineguns, that is: two (2) Glock conversion device machine guns, which are designed and intended solely and exclusively for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

///

### COUNT 2

On about March 15, 2023, at or near Tucson, in the District of Arizona, DILLYN ANTHONY DUST knowingly possessed firearms as defined in Title 26, United States Code, Section 5845; that is: two (2) Glock conversion device machineguns, not registered to DUST in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5845(a)(6), & (b), 5861(d), and 5871.

### FORFEITURE ALLEGATION

Upon conviction of Count One of the Indictment, the defendant, DILLYN ANTHONY DUST, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: two (2) Glock conversion device machineguns.

Upon conviction of Count Two of the Indictment, the defendant, DILLYN ANTHONY DUST, shall forfeit to the United States pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearms involved in any violation of the offense, including, but not limited to: two (2) Glock conversion device machineguns.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

///

1  All pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: March 22, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

s/
ADAM D. ROSSI
Assistant United States Attorney